### FIRST STATE BANK OF RINGLING v. O'DELL et al.

No. 13964—Opinion Filed Dec. 2, 1924.

Commissioners' Opinion, Division No. 4.

Error from District Court, Murray County; W. L. Eagleton, Judge.

Action between First State Bank of Ringling and Elmyra O'Dell et al. From the judgment, the former appeals. Reversed and remanded.

H. A. Ledbetter and Young, McKenzie & Haste, for plaintiff in error.

Broadbent & Rawlings, for defendants in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for new trial for failure of defendants in error to comply with rule seven of this court.

By the Court: It is so ordered.